AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:20-mj-00093-WGC |
| ) | |
| KRISTY LYNN FELKINS ) | Charging District: Eastern District of California |
| *Defendant* ) | Charging District's Case No. 2:20-mj-0140-CKD |

**FILED** / **ENTERED** __ RECEIVED / __ SERVED ON COUNSEL/PARTIES OF RECORD

SEP 17 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Robert T. Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br>Before Magistrate Judge Claire | Courtroom No.: | Zoom Video Conference- contact<br>Valerie Callen 916-930-4199 for info |
|---|---|---|---|
| | | Date and Time: | September 30, 2020 at 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 9/17/2020

_____
*Judge's signature*

William G. Cobb, U.S. Magistrate Judge
*Printed name and title*