UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
BRUCE R. THOMPSON U.S. COURTHOUSE
AND FEDERAL BUILDING
400 SOUTH VIRGINIA STREET #301
RENO, NEVADA 89501
(775) 686-5800

FILED ENTERED ____ RECEIVED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 18 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Debra K. Kempi
Clerk of Court

Lia Griffin
Divisional Manager, Reno

September 18, 2020

Court Clerk
U.S. District Court
Eastern District of California, Sacramento
Robert T. Matsui United States Courthouse
501 I Street, Suite 4200
Sacramento, CA 95814

    RE: USA v. KRISTY LYNN FELKINS
    Your File No. 2:20-mj-0140-CKD
    Our File No.  3:20-mj-00093-WGC

Dear Clerk:

    Please be advised that the above-referenced defendant was arrested in the District of Nevada on the warrant issued by the Eastern District of California. Mrs. Felkins has appeared before The Honorable William G. Cobb, on Thursday, September 17, 2020 and has been released on a personal recognizance bond. An order has been entered directing the defendant appear in the Eastern District of California, Sacramento at 2:00 P.M. by Zoom Video Conference.

    Enclosed are all documents completed in this district.

    If you have any questions or require further information, please do not hesitate to contact me at (775) 686-5918.

                            Sincerely yours,

                            DEBRA K. KEMPI, CLERK OF COURT

                            *Karen Walker*
                            By: Karen Walker, Courtroom Deputy

Enclosures